CAROL CARPENTER-SIRACUSA, Respondent, v JACK SIRACUSA, Appellant.

Submitted January 22, 2007; decided March 29, 2007

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, v CITY OF NEW YORK et al., Appellants.

Submitted March 26, 2007; decided March 29, 2007

Motion by New York State Board of Real Property Services for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

In the Matter of the Claim of DAVID P. CRUZ, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted December 4, 2006; decided March 29, 2007

Motion for reargument denied [see 7 NY3d 711].

In the Matter of SINCLAIR HABERMAN et al., Appellants, v ZONING BOARD OF APPEALS OF CITY OF LONG BEACH et al., Respondents.

Submitted January 29, 2007; decided March 29, 2007

Motion, insofar as it seeks leave to appeal as against the City of Long Beach, dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action/proceeding within the meaning of the Constitution; motion for leave to appeal otherwise granted.